**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SCRASE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN VAUGHN,<br><br>    Defendant.<br>_____ / | No. C 10-1768 WHA (PR)<br><br>**ORDER DENYING MOTION TO RELATE** |

This case was dismissed and has been closed since May 6, 2010. The motion to relate case number C 10-5257 JSW (PR) to this case (docket number 10) is **DENIED**.

**IT IS SO ORDERED.**

Dated: February  7 , 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\SCRASE1768.REL2.wpd