1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    JUDITH SCRASE,
10            Plaintiff,                    No. C 10-05257 JSW
11       v.
12   JOHN VAUGHN,                           **ORDER SETTING BRIEFING
                                            SCHEDULE FOR MOTION TO
13            Defendant.                    DISMISS AND TO DECLARE
                                            PLAINTIFF A VEXATIOUS
14                                          LITIGANT**
15   _____/
16        This matter is set for a hearing on May 27, 2011 on Defendant John Vaughn's motion to

17   dismiss and to declare Plaintiff a vexatious litigant.  The Court HEREBY ORDERS that an

18   opposition to the motion shall be filed by no later than March 4, 2011, and a reply brief shall be

19   filed by no later than March 11, 2011.  Failure to oppose the motion may result in **dismissal** of

20   this action.

21        If the Court determines that the matter is suitable for resolution without oral argument, it

22   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

23   schedule, they may submit for the Court's consideration a stipulation and proposed order

24   demonstrating good cause for any modification requested.

25        **IT IS SO ORDERED.**

26   Dated:  February 9, 2011            _____
                                         JEFFREY S. WHITE
27                                       UNITED STATES DISTRICT JUDGE
28

*United States District Court*
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

           Plaintiff,

  v.

JOHN VAUGHN et al,

          Defendant.

_____/

Case Number: CV10-05257 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith Scrase
1492 Pawnee Drive
Las Vegas, NV 89169-3129

Dated: February 9, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California